# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

**JEFF GREEN**                                                                   **PLAINTIFF**

v.                                                              **CIVIL ACTION NO. 4:24-cv-4-BJB**

**REPUBLIC SERVICES**                                                            **DEFENDANT**

## ORDER

For the reasons set forth in the separate Memorandum entered today, the Court **DISMISSES** this action **without prejudice** under Fed. R. Civ. P. 41(b) for failure to prosecute.

This is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: August 8, 2024

Benjamin Beaton, District Judge
United States District Court

cc:   Plaintiff, *pro se*
      Defendant
B213.009